FILED
CLERK, U.S. DISTRICT COURT
AUG 1 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-259-JFW |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JOSHUA GIBRAN MAYWEATHER, | |
| Defendant. | |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

  The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>history of absconding from supervision; nature of the offenses; failure to return to RRC</u>

and/or

1  B.     ( ) The defendant has not met his/her burden of establishing by clear and
2         convincing evidence that he/she is not likely to pose a danger to the safety of any
3         other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4         finding is based on: _____
5  _____
6  _____
7  _____
8
9         IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.
11
12 Dated: August 12, 2015                      _____
13                                              ALICIA G. ROSENBERG
                                                United States Magistrate Judge